JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STUART SCHNELL,** | Case No. **2**:17-cv-01698-MWF-JPR |
| Plaintiff, | **ORDER** |
| vs. | |
| **CITIBANK, N.A.**; and **DOES 1 – 10** inclusive, | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this 28th day of April, 2017.

_____
The Honorable Michael W. Fitzgerald

Order to Dismiss - 1